Floyd LYLE v. STATE.

8 Div. 464.

Court of Appeals of Alabama.
Jan. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.

Clifton LYLES .v. STATE.

1 Div. 210.

Court of Appeals of Alabama.
Nov. 19, 1935.

Appeal from Circuit Court, Mobile County; Arthur Glover, Judge.

RICE, Judge.
Affirmed.

Annie McBRIDE v. STATE.

8 Div. 279.

Court of Appeals of Alabama.
Feb. 11, 1936.

BRICKEN, Presiding Judge.
Affirmed.

Bill McCLESKY v. STATE.

8 Div. 376.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Affirmed.

C. C., alias Bill, McCLESKEY v. STATE.

8 Div. 430.

Court of Appeals of Alabama.
Jan. 26, 1937.

RICE, Judge.
Affirmed.

Lula McCOY v. STATE.

4 Div. 233.

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Affirmed.

Jackson McCRARY v. CITY OF HUNTSVILLE.

8 Div. 239.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

Tracy McCUE v. STATE.

7 Div. 255.

Court of Appeals of Alabama.
Oct. 27, 1936.

BRICKEN, Presiding Judge.
Affirmed.